IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT A. CHOATE | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-06-219 |
| | § | |
| GALVESTON POLICE DEPARTMENT, | § | |
| ET AL. | § | |

## **FINAL JUDGMENT**

For the reasons stated in this Court's Order of Dismissal entered this date, it is **ORDERED** and **ADJUDGED** that the City's Motion (Instrument no. 4) is **GRANTED** and **that all state law claims asserted by Choate for false arrest, false imprisonment, assault and battery are DISMISSED**.

It is further **ORDERED** and **ADJUDGED** that **Choate's complaint is DISMISSED for want of prosecution.**

This is a **FINAL JUDGMENT.**

**DONE** at Galveston, Texas this 21st of July, 2006.

_____
Samuel B. Kent
United States District Judge